Nead FENTRESS, Plaintiff in Error, v. UNITED STATES of America. (Circuit Court of Appeals, Eighth Circuit. December 17, 1923.) No. 6570. In Error to the District Court of the United States for the Western District of Arkansas. Webb Covington, of Fort Smith, Ark., for plaintiff in error. S. S. Langley, U. S. Atty., of Fort Smith, Ark.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16.